UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **INDICTMENT**  CR05-312 MJD /AJB |
| | ) | |
| Plaintiff, | ) | (21 U.S.C. § 922(g)(1)) |
| | ) | (21 U.S.C. § 924(e)(1)) |
| v. | ) | |
| | ) | |
| ROBERTO RODRIGUEZ, | ) | |
| | ) | |
| Defendant. | ) | |

THE UNITED STATES GRAND JURY CHARGES THAT:

### Count 1
(Felon in Possession of Firearm)

On or about May 5, 2005, in the State and District of Minnesota, the defendant,

ROBERTO RODRIGUEZ,

having been previously convicted of three or more felony convictions, each punishable by imprisonment for a term exceeding one year, including but not limited to:

| Offense | Place of Conviction | Date of Conviction |
|---|---|---|
| Third Degree Burglary | Kandiyohi County, MN | 5/6/94 |
| Second Degree Assault | Kandiyohi County, MN | 4/25/97 |
| Third Degree Burglary | Yellow Medicine County, MN | 6/6/01 |

did knowingly possess in and affecting interstate commerce a firearm, namely a Smith & Wesson, Model 66-2, .357 caliber revolver, Serial Number AER6617, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(e)(1).

A TRUE BILL

_____          _____
UNITED STATES ATTORNEY            FOREPERSON

SCANNED
SEP 2 0 2005
U.S. DISTRICT COURT ST. PAUL

FILED  SEP 2 0 2005
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTERED_____
DEPUTY CLERK'S INTIALS_____