AO 442 (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

## District of Minnesota

RECEIVED
OCT 14 2005
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

UNITED STATES OF AMERICA

**WARRANT FOR ARREST**

V.

CASE NUMBER: CR 05-312 MJD/AJB

0541-0926-1633-J

Roberto Rodriguez

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest:   Roberto Rodriguez

and bring him or her forthwith to the nearest Magistrate Judge to answer an Indictment charging him or her with:

Count 1-Felon in Possession of a Firearm 18:922(g)(1) and 924(e)(1)

Ordered by:   Ann D. Montgomery, United States District Court Judge.

_Jackie Ellingson_   September 21, 2005 at Mpls, MN
(By) Jackie Ellingson, Deputy Clerk

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

Date Received: _____   Date of Arrest: _____

Name and Title of Arresting Officer   Signature of Arresting Officer

ARRESTED ON  10-7-05
ARRESTED BY  WWCAP - Kaneiyoki Ch
U.S. MARSHAL
DISTRICT OF MINNESOTA
BY _____

SCANNED
OCT 17 2005
U.S. DISTRICT COURT ST. PAUL

criminal\warrant.frm                                                                 DC Modified 12/08/04