UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

UNITED STATES OF AMERICA,

       Plaintiff,

v.                                             **ORDER**
                                       Criminal File No. 05-312 (MJD/AJB)

(1) ROBERTO RODRIGUEZ,

       Defendant.
_____

Tracy L. Perzel, Assistant United States Attorney, Counsel for Plaintiff.

Manny K. Atwal, Federal Public Defender, Counsel for Defendant.
_____

      The above-entitled matter comes before the Court upon the Amended Report and Recommendation of United States Magistrate Judge Arthur J. Boylan dated December 2, 2005. Defendant Roberto Rodriguez filed objections to the Report and Recommendation.

      Pursuant to statute, the Court has conducted a _de novo_ review of the record, including the transcript of the evidentiary hearing. 28 U.S.C. § 636(b)(1); Local Rule 72.1(c). Based on that review the Court adopts the Amended Report and Recommendation dated December 2, 2005. The Court further notes that there is no evidence that Rodriguez had any possessory interest in the vehicle that

was searched; thus, he does not have standing to contest that search.  United States v. Green, 275 F.3d 694, 699 (8th Cir. 2001) (noting that a passenger "has no reasonable expectation of privacy in an automobile belonging to another") (citing Rakas v. Illinois, 439 U.S. 128, 148-49 (1978)).

Accordingly, based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. The Magistrate Judge's Amended Report and Recommendation dated December 2, 2005, [Docket No. 30] is hereby **ADOPTED**.

2. Defendant Roberto Rodriguez's Motion to Suppress Evidence Obtained as a Result of Search and Seizure [Docket No. 16] is **DENIED**.

3. Rodriguez's Motion to Suppress Statements, Admissions and Answers [Docket No. 17] is **DENIED**.


Dated: January 6, 2006                           s / Michael J. Davis
                                                 Michael J. Davis
                                                 United States District Court